UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN WEESE, on behalf of
CHERYL SULT-WEESE,

    Plaintiff,

v.

MCLAREN GREATER LANSING
HOSPITAL,

    Defendant.
_____/

Case No. 1:22-cv-1169

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated: March 7, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge